■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. GOULD, Appellant. [617 NYS2d 687] —Judgment unanimously affirmed. Memorandum: Defendant pleaded guilty to reckless endangerment in the first degree. We reject the contention of defendant that County Court erred in accepting his guilty plea without a sufficient factual allocution. Because defendant pleaded guilty to a crime lesser than the crimes initially charged, a factual allocution was not necessary (see, *People v Pelchat*, 62 NY2d 97, 108; *People v Clairborne*, 29 NY2d 950, 951; *People v Nunez*, 177 AD2d 656).

We have reviewed the remaining contention raised by defendant and conclude that it is without merit (see, *People v*

*Taylor,* 65 NY2d 1; *see also,* CPL 220.60; *People v Mayers,* 74 NY2d 931). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Reckless Endangerment, 1st Degree.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.